## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ALAN TROY HOUSER, | : | No. 44 WM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS OF | : | |
| WESTMORELAND COUNTY, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of September, 2019, the Petition for Writ of Mandamus and the Application for Leave to File Original Process are DISMISSED. The Prothonotary is DIRECTED to forward the filings to counsel of record.